

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00385-CR

Daniel **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7475B
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED. We order the trial court's judgment modified to delete the imposition of attorney's fees.

SIGNED May 7, 2014.

_____
Marialyn Barnard, Justice